# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4706
_____

MICHAEL GLOETZNER,

    Appellant,

v.

HEATHER GLOETZNER,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

June 27, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luke Newman of Luke Newman, P.A., Tallahassee, for Appellant.

Jerome M. Novey, Shannon L. Novey, and Christin F. Gonzalez of Novey Law, Tallahassee, for Appellee.